1  Michael S. Sorgen, Esquire (SBN 43107)
   Andrea Adam Brott (SBN 121288)
2  LAW OFFICES OF MICHAEL S. SORGEN
   240 Stockton Street, Ninth Floor
3  San Francisco, CA 94108
   Telephone: (415) 956-1360
4  Facsimile: (415) 956-6342

5
   Attorneys for Plaintiff
6  MICHAEL KREUTZER

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9

10

11

12  MICHAEL CHRISTOPH KREUTZER,          )   Case No.: C 04-3842 SI
                                         )
13          Plaintiff,                   )
                                         )
14      v.                               )   **STIPULATION AND PROPOSED**
                                         )   **ORDER EXTENDING DISCOVERY**
15  BARBARA  A. GARCIA;                  )   **CUTOFF AND OTHER DATES**
    MITCH KATZ;                          )
16  ALBERT DeRANEIRI;                    )
    CITY AND COUNTY OF SAN FRANCISCO,    )
17                                       )
                                         )
18          Defendants.                  )

19

20          WHEREAS the parties are engaged in a related case involving the same facts but different

21  causes of action in the San Francisco Superior Court, entitled Kreutzer v. City and County of San

22  

23  Francisco, case number 431522;

24          WHEREAS defendant's motion for summary judgment in that case will be heard on

25  October 7, 2005, which is also the discovery cutoff in that case;

26

27

28  STIPULATION AND PROPOSED
    ORDER EXTENDING                              1
    DISCOVERY CUTOFF AND
    OTHER DATES

WHEREAS the parties have agreed that depositions and other discovery taken in either the state or federal action may be used interchangeably; and

WHEREAS plaintiff Michael Kreutzer has a settlement conference in another case on September 27, 2005 whose settlement may facilitate resolution in this matter,

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

(1) that the discovery cutoff for lay discovery in the instant case be extended until October 7, 2005 so that it is coterminous with the discovery cutoff in the case involving the same parties in San Francisco Superior Court and with the hearing on defendant's motion for summary judgment;

(2) the dispositive motion deadlines in the instant case be extended to December 2, 2005 for hearing, November 16 for the reply brief, November 4 for opposition, and October 21, 2005 for filing;

(3) that the date for designation of experts be postponed to December 19, for rebuttal experts January 3, 2006 and the close of expert discovery January 17, 2006;

(4) that pre-trial papers be filed on or before February 18, 2006, that the pre-trial conference be held on February 28, 2006 at 3:00 p.m. and that the trial be set for March 13, 2006 at 8:30 a.m.

LAW OFFICES OF MICHAEL S. SORGEN

Dated: September __, 2005                     By /s/ Michael-Sorgen
                                                Michael S. Sorgen
                                                Attorney for Plaintiff


Dated: September __, 2005                     By_____

STIPULATION AND PROPOSED
ORDER EXTENDING                    2
DISCOVERY CUTOFF AND
OTHER DATES

1    Terence J. Howzell
2    Deputy City Attorney

3

4    APPROVED AND SO ORDERED:

5

6    Dated: September __, 2005    By 

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   STIPULATION AND PROPOSED
     ORDER EXTENDING                    3
28    DISCOVERY CUTOFF AND
      OTHER DATES