1  MICHAEL S. SORGEN, ESQ. State Bar No. 43107
   ANDREA BROTT, State Bar. No. 121288
2  LAW OFFICES OF MICHAEL S. SORGEN
   240 Stockton Street, 9th Floor
3  San Francisco, California 94108
   Telephone: (415) 956-1360
4  Facsimile: (415) 956-6342

5  Attorneys for Plaintiff
   MICHAEL CHRISTOPH KREUTZER

6

7                  SUPERIOR COURT OF CALIFORNIA

8                       COUNTY OF SAN FRANCISCO

9  
10 MICHAEL CHRISTOPH KREUTZER,                )  Case No.: C 04-3842 SI
                                              )
11         Plaintiff,                         )  [PROPOSED] ORDER GRANTING
                                              )  PLAINTIFF'S MOTION TO
       v.                                     )  ENLARGE TIME ON DEFENDANT'S
12                                            )  MOTION FOR SUMMARY
   MITCH KATZ; BARBARA A. GARCIA;             )  JUDGMENT OR TO SHORTEN
13 ALBERT DeRANEIRI; CITY AND COUNTY OF       )  TIME ON PLAINTIFF'S CROSS
   SAN FRANCISCO,                             )  MOTION FOR PARTIAL SUMMARY
14                                            )  JUDGMENT
           Defendants.                        )
15                                            )  Hearing Date: ~~December 2 or 16, 2005~~
                                              )  Time:         9:00 a.m.
16                                            )  Place:        Courtroom 10, 19th Fl.
                                              )
17                                            )  Trial Date:   ~~January 23, 2006~~
                                              )
18                                            )  Judge:        Honorable Susan Illston
19
20        For good cause shown IT IS HEREBY ORDERED that the time for hearing defendant's motion
                                            January 27, 2006
21 for summary judgment is extended to ~~December 16, 2005~~ at 9:00 a.m. so that it may be heard at the

22 same time as plaintiff's cross-motion for partial summary judgment.

        Defendant's opposition to plaintiff's cross-motion is to be served and filed on or before
23 Jan. 6, 2006                                                                    Jan. 13, 2006
   ~~November __, 2005.~~ Plaintiff's reply shall be served and filed on or before ~~December 2, 2005.~~
24

25

26 DATED: November __, 2005

27

28

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

PROPOSED ORDER