IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL KREUTZER,  
    Plaintiff,  
  v.  
MITCH KATZ, et al.,  
    Defendants.  
                                      /

No. C 04-03842 SI

**ORDER STAYING CASE AND VACATING TRIAL DATE**

In light of the agreement of the parties at the hearing on defendants' motion for a stay, the trial date in this matter is VACATED and the case is STAYED until March 24, 2006. Defendants' motion and the accompanying requests for judicial notice, based on the abstention principles articulated in *Colorado River*, are DENIED as moot (Docket Nos. 59, 61, 65).

**IT IS SO ORDERED.**

Dated: January 27, 2006

SUSAN ILLSTON  
United States District Judge