1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  TERENCE J. HOWZELL, State Bar #140822
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 5th floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3960
6  Facsimile:     (415) 554-4248
   E-Mail:        terence.howzell@sfgov.org

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  BARBARA GARCIA AND MITCH KATZ

10 MICHAEL S. SORGEN, State Bar # 43107
   LAW OFFICES OF MICHAEL S. SORGEN
11 240 Stockton Street, Ninth Floor
   San Francisco, California 94108
12 Telephone:     (415) 956-1360
   Facsimile:     (415) 956-6342

14 Attorneys for Plaintiff
   MICHAEL KREUTZER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KREUTZER,<br><br>Plaintiff,<br><br>vs.<br><br>MITCH KATZ; BARBARA GARCIA; CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-10,<br><br>Defendants. | Case No. C04-3842 SI<br><br>**STIPULATION CONTINUING MARCH 24, 2006 CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**<br><br>Case Management<br>Hearing Date:  March 24, 2006<br>Time:          2:30 p.m.<br>Place:         Ctrm. 10, 19th Floor<br><br><br>Trial Date:    Not Set |

STIP RE CMC & PROP. ORDER        1             n:\labor\li2004\050496\00365662.doc
- CASE NO. 04-3842 SI

1  The parties to the above-entitled action submit this Stipulation to Continue to Case Management Conference and Proposed Order and request that the Court adopt the parties' Proposed Order.

**STIPULATION**

The parties hereby stipulate and request that the Court continue the case management conference date in this matter currently set for March 24, 2006 to March 31, 2006. The stipulation and request are based on the following:

Defendants City and County of San Francisco, Barbara Garcia and Mitch Katz and plaintiff Michael Kreutzer request that the Court continue the March 24, 2006 case management conference date because the interests of judicial economy would be served by the one-week continuance. San Francisco Superior Court Judge Kevin McCarthy has presided over three effective settlement conferences (including a conference yesterday on March 21, 2006) and has scheduled a further settlement conference on March 27, 2006. The parties are optimistic that they may be able to reach a settlement in the state court action that will include a dismissal of this federal action.

For the reason set forth above, the parties stipulate and request the Court to continue the case management conference to March 31, 2006.

Dated: March 23, 2006

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
TERENCE HOWZELL
Deputy City Attorney


By:  /s/Terence Howzell
　　　TERENCE HOWZELL
　　　Attorneys for Defendants
　　　CITY AND COUNTY OF SAN FRANCISCO,
　　　BARBARA GARCIA AND MITCH KATZ

STIP RE CMC & PROP. ORDER
- CASE NO. 04-3842 SI
　　　　　2　　　　　n:\labor\li2004\050496\00365662.doc

Dated: March 23, 2006        LAW OFFICES OF MICHAEL S. SORGEN

By: /s/ Michael Sorgen
MICHAEL S. SORGEN
Attorneys for Plaintiff
MICHAEL KREUTZER

STIP RE CMC & PROP. ORDER
- CASE NO. 04-3842 SI                3                n:\labor\li2004\050496\00365662.doc

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | GOOD CAUSE APPEARING from the Stipulation submitted by the parties to continue the |
| 3 | Case Management Conference, IT IS HEREBY ORDERED the Case Management Conference |
| 4 | scheduled for March 24, 2006 at 2:30 p.m. is continued to March 31, 2006 at 2:30 p.m. |

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                    HONORABLE SUSAN ILLSTON
                                    United States District Court Judge

STIP RE CMC & PROP. ORDER
- CASE NO. 04-3842 SI                    4                    n:\labor\li2004\050496\00365662.doc