IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL KREUTZER,

    Plaintiff,

v.

MITCH KATZ,

    Defendant.

No. C 04-03842 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISPOSITIVE MOTIONS **SHALL** be filed by June 30, 2006;

Opp. Due July 21, 2006;  Reply Due August 4, 2006;

and set for hearing no later than August 18, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 19, 2006 at 3:30 PM.

JURY TRIAL DATE: January 2, 2007 at 8:30 AM.,
Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be seven days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
none

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/2/06

SUSAN ILLSTON
United States District Judge