DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
TERENCE J. HOWZELL, State Bar #140822
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th floor
San Francisco, California 94102-5408
Telephone: (415) 554-3960
Facsimile: (415) 554-4248
E-Mail: terence.howzell@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
BARBARA GARCIA, AND MITCH KATZ

MICHAEL S. SORGEN, State Bar # 43107
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, Ninth Floor
San Francisco, California 94108
Telephone: (415) 956-1360
Facsimile: (415) 956-6342

Attorneys for Plaintiff
MICHAEL KREUTZER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KREUTZER,<br><br>Plaintiff,<br><br>vs.<br><br>MITCH KATZ; BARBARA GARCIA; CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-10,<br><br>Defendant(s). | Case No. C04-3842 SI<br><br>**STIPULATION RE CHANGE OF DISPOSITIVE MOTIONS, PRETRIAL AND TRIAL DATES CONTAINED IN SECOND PRETRIAL PREPARATION ORDER AND PROPOSED THIRD PRETRIAL PREPARATION ORDER**<br><br>Judge: Hon. Susan Illston<br>Place: Ctrm. 10, 19th Flr.<br><br>Trial Date: January 2, 2007 |

# STIPULATION

The parties in the above-entitled action submit this stipulation to change the dispositive motions, pretrial and trial dates contained in the Court's Second Pretrial Preparation Order and request that the Court adopt the dispositive motions, pretrial and trial dates contained in the parties' Proposed Third Pretrial Preparation Order.

Defendants City and County of San Francisco, Barbara Garcia and Mitch Katz and plaintiff Michael Kreutzer request that the Court change the dispositive motions, pretrial and trial dates because the interests of judicial economy would be served. The parties' related state court trial began on May 22, 2006. The trial has been bifurcated into a court trial on Plaintiff's due process claims and a jury trial on Plaintiff's statutory whistleblower claims. The testimony on the court trial has concluded and the Court has a hearing for argument scheduled on June 27, 2006. Thereafter, the parties anticipate that the Court will schedule a settlement conference and a subsequent jury trial on the statutory whistleblower claims.

The parties are optimistic that the state court's ruling on Plaintiff's due process claims will aid them in reaching a global settlement, which would include a dismissal of this federal action. The parties therefore request that the dispositive motion dates as well as the pretrial and trial dates be postponed by one month to allow the parties to discuss settlement prior to the dispositive motions dates. For the reason set forth above, the parties stipulate and request that the Court adopt the proposed Third Pretrial Preparation Order.

Dated: June 22, 2006

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
TERENCE HOWZELL
Deputy City Attorney


By: /s/Terence Howzell
TERENCE HOWZELL
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
BARBARA GARCIA AND MITCH KATZ

STIP RE MOD. & PROPOSED ORDER
CASE NO. C04-3842 SI

2

n:\labor\li2004\050496\00383477.doc

Dated: June 22, 2006

LAW OFFICES OF MICHAEL S. SORGEN

By: _____
MICHAEL S. SORGEN
Attorneys for Plaintiff
MICHAEL KREUTZER
BARBARA GARCIA, AND MITCH KATZ

STIP RE MOD. & PROPOSED ORDER
CASE NO. C04-3842 SI

3

n:\labor\li2004\050496\00383477.doc

| | |
|---|---|
| 1 | **[PROPOSED] THIRD PRETRIAL PREPARATION ORDER** |
| 2 | GOOD CAUSE APPEARING from the Stipulation submitted by the parties to continue the |
| 3 | Case Management Conference, IT IS HEREBY ORDERED pursuant to F.R.C.P. and the Local Rules |
| 4 | of this Court: |
| 5 | DISPOSITIVE MOTIONS SHALL be filed by July 28, 2006; |
| 6 | Opp. Due August 18, 2006; Reply Due September 1, 2006; |
| 7 | and set for hearing no later than September 15, 2006 at 9:00 AM. |
| 8 | PRETRIAL CONFERENCE DATE: January 16, 2007 at 3:30 PM. |
| 9 | JURY TRIAL DATE: January ~~30,~~ 29 2007 at 8:30 AM., Courtroom 4, 17th floor. |
| 10 | TRIAL LENGTH is estimated to be seven days |
| 11 | SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:  none |
| 12-13 | The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action. |
| 15 | **IT IS SO ORDERED.** |
| 16-17 | Dated: _____                    By:____*Susan Illston*_____<br>                                                                     HONORABLE SUSAN ILLSTON<br>                                                                     United States District Court Judge |

STIP RE MOD. & PROPOSED ORDER          4          n:\labor\li2004\050496\00383477.doc
CASE NO.  C04-3842 SI