1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  TERENCE J. HOWZELL, State Bar #140822
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 5th floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3960
6  Facsimile:    (415) 554-4248
   E-Mail:       terence.howzell@sfgov.org
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  BARBARA GARCIA, AND MITCH KATZ

10 MICHAEL S. SORGEN, State Bar # 43107
   LAW OFFICES OF MICHAEL S. SORGEN
11 240 Stockton Street, Ninth Floor
   San Francisco, California 94108
12 Telephone:    (415) 956-1360
   Facsimile:    (415) 956-6342
13
   Attorneys for Plaintiff
14 MICHAEL KREUTZER

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17

18 | MICHAEL KREUTZER,               | Case No. C04-3842 SI
   |                                 |
19 |        Plaintiff,               | **STIPULATION RE CHANGE OF
   |                                 | BRIEFING SCHEDULE AND
20 |   vs.                           | HEARING DATE FOR DISPOSITIVE
   |                                 | MOTIONS IN THIRD PRETRIAL
21 | MITCH KATZ; BARBARA GARCIA;     | PREPARATION ORDER AND
   | CITY AND COUNTY OF SAN          | PROPOSED FOURTH PRETRIAL
22 | FRANCISCO; and DOES 1-10,       | PREPARATION ORDER**
   |                                 |
23 |        Defendant(s).            | Judge:  Hon. Susan Illston
   |                                 | Place:  Ctrm. 10, 19th Flr.
24 |                                 |
   |                                 | Trial Date:  January 29, 2007
25

26

27

28

STIP RE MOD. & PROPOSED ORDER          1            n:\labor\li2004\050496\00390443.doc
CASE NO. C04-3842 SI

## STIPULATION

The parties received the Court's Order "**denying request to continue trial**" dated July 24, 2006. The parties in the above-entitled action submit this stipulation to change the briefing schedule and hearing date for dispositive motions **only**. The parties do not request that the pretrial and trial dates contained in the Court's Third Pretrial Preparation Order be changed. The parties request that adopt the changes to briefing schedule and hearing date for dispositive motions contained in the parties' Proposed Fourth Pretrial Preparation Order.

Defendants City and County of San Francisco, Barbara Garcia and Mitch Katz and plaintiff Michael Kreutzer request that the Court change because the interests of judicial economy would be served. The parties' related state court trial began on May 22, 2006. The trial has been bifurcated into a court trial on Plaintiff's due process claims and a jury trial on Plaintiff's statutory whistleblower claims. The testimony on the court trial has concluded and the parties are awaiting the Court's Statement of Decision. The Court has scheduled the two to three-week jury trial on the statutory whistleblower claims to begin on August 7, 2006.

The parties are also still participating in Court-supervised settlement discussions and may be able to reach a global settlement that would include a dismissal of this federal action prior to the start of the jury trial. The parties therefore request that the dispositive motion dates be postponed by two months to allow the parties to reach a settlement or complete the trial prior to this Court's dispositive motions dates. For the reasons set forth above, the parties stipulate and request that the Court adopt the proposed Fourth Pretrial Preparation Order.

Dated: July 26, 2006

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
TERENCE HOWZELL
Deputy City Attorney


By: /s/Terence Howzell
TERENCE HOWZELL
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
BARBARA GARCIA AND MITCH KATZ

STIP RE MOD. & PROPOSED ORDER
CASE NO. C04-3842 SI
2
n:\labor\li2004\050496\00390443.doc

| | | |
|---|---|---|
| 1 | Dated: July 26, 2006 | LAW OFFICES OF MICHAEL S. SORGEN |

By: /s/ Michael Sorgen
MICHAEL S. SORGEN
Attorneys for Plaintiff
MICHAEL KREUTZER
BARBARA GARCIA, AND MITCH KATZ

STIP RE MOD. & PROPOSED ORDER
CASE NO. C04-3842 SI

3

n:\labor\li2004\050496\00390443.doc

1 **[PROPOSED] FOURTH PRETRIAL PREPARATION ORDER**

GOOD CAUSE APPEARING from the Stipulation submitted by the parties to continue the Case Management Conference, IT IS HEREBY ORDERED pursuant to F.R.C.P. and the Local Rules of this Court:

DISPOSITIVE MOTIONS SHALL be filed by September 29, 2006;

Opp. Due October 20, 2006; Reply Due November 3, 2006;

and set for hearing no later than November 17, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 16, 2007 at 3:30 PM.

JURY TRIAL DATE: January 29, 2007 at 8:30 AM., Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be seven days

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS: none

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED.**

Dated: 7/28/06

By: _/s/ Susan Illston_
HONORABLE SUSAN ILLSTON
United States District Court Judge