1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
3 | TERENCE J. HOWZELL, State Bar #140822
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, 5th floor
5 | San Francisco, California 94102-5408
Telephone:     (415) 554-3960
6 | Facsimile:     (415) 554-4248
E-Mail:         terence.howzell@sfgov.org
7
8 | Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
9 | BARBARA GARCIA, AND MITCH KATZ

10 | MICHAEL S. SORGEN, State Bar # 43107
LAW OFFICES OF MICHAEL S. SORGEN
11 | 240 Stockton Street, Ninth Floor
San Francisco, California  94108
12 | Telephone:     (415) 956-1360
Facsimile:     (415) 956-6342
13
Attorneys for Plaintiff
14 | MICHAEL KREUTZER

15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KREUTZER,<br><br>        Plaintiff,<br><br>    vs.<br><br>MITCH KATZ; BARBARA GARCIA;<br>CITY AND COUNTY OF SAN<br>FRANCISCO; and DOES 1-10,<br><br>        Defendants. | Case No. C04-3842 SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. Proc. Rule 41(a)(1) |

STIP RE DISMISSAL
CASE NO.  C04-3842 SI

1

f:\docs\kreutzer,michael\legal\kreutzer v katz
(fed)\stipulations\stip.dismissal with prejudice.doc

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

Dated: July 28, 2006         DENNIS J. HERRERA
                             City Attorney
                             ELIZABETH S. SALVESON
                             Chief Labor Attorney
                             TERENCE HOWZELL
                             Deputy City Attorney


                        By:    /s/Terence Howzell
                             TERENCE HOWZELL
                             Attorneys for Defendants
                             CITY AND COUNTY OF SAN FRANCISCO,
                             BARBARA GARCIA AND MITCH KATZ

Dated: July 28, 2006         LAW OFFICES OF MICHAEL S. SORGEN


                        By:   /s/ Michael Sorgen
                             MICHAEL S. SORGEN
                             Attorneys for Plaintiff
                             MICHAEL KREUTZER



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP RE DISMISSAL
CASE NO. C04-3842 SI                    2           f:\docs\kreutzer,michael\legal\kreutzer v katz
                                                    (fed)\stipulations\stip.dismissal with prejudice.doc