**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL KREUTZER,

    Plaintiff,

v.

MITCH KATZ, et al.,

    Defendants.
                                  /

No. C 04-03842 SI

**ORDER RE DISPOSITIVE MOTIONS (## 33, 46, 68 AND 85)**

In light of the stipulation of the parties dated July 26, 2006, and this Court's order thereon, the motions and cross-motion for summary judgment and judgment on the pleadings previously filed but never argued are deemed WITHDRAWN. The parties may refile such motions as remain pertinent on the new schedule set out in the stipulated scheduling order. (Docket Nos. 33, 46, 68 and 85).

**IT IS SO ORDERED.**

Dated: July 31, 2006

                                                SUSAN ILLSTON
                                               United States District Judge